# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 29, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

MERYLL JOY QUIRONG COSTI

*Defendant(s)*

Case No. 2:26-mj-0163 CKD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2022 & November 5, 2024 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien in a Federal Election |
| (Two Counts) | Penalty: A maximum of up to 1 year in prison; or Fine of up to $100,000; or both fine and imprisonment Supervised release up to 1 year. $25 special assessment. |

This criminal complaint is based on these facts:

(see attached Affidavit)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

SA Laura Giouzelis FBI
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 29, 2026

*Judge's signature*

City and state: 

CAROLYN K. DELANEY, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Laura Giouzelis, a Special Agent with Federal Bureau of Investigation, having personally participated in an investigation of the conduct of defendant MERYLL JOY QUIRONG COSTI, and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. This affidavit is submitted for the purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant, charging that from on a date unknown, but on or about November 8, 2022, and on or about November 5, 2024, in the Eastern District of California and elsewhere, MERYLL JOY QUIRONG COSTI (COSTI) violated 18 U.S.C. § 611(a)) (Voting by an Alien in a Federal Election).

2. At all times relevant to this Complaint:

    a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

    b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

    c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent

residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of California, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States Citizen at the time that he/she registered to vote. *See* Cal. Elec. Code § 2101(a) ("A person entitled to register to vote shall be a United States citizen[.]"

e. Upon successfully registering to vote in California, an applicant was authorized to vote in California state and local elections, as well as in federal elections.

f. COSTI was a Lawful Permanent Resident living in Sacramento County, California since at least 2015, having entered the United States from her country of birth, the Philippines.

3. In or around September 28, 2021, COSTI registered to vote in California. By doing so, COSTI certified that she was a United States citizen under the penalties of perjury. Specifically, COSTI submitted a California Voter Registration application online through the California Secretary of State's website. The information listed on COSTI's registration matched COSTI's place of birth, date of birth, phone number, California ID designation, listed a residence on Larkspur Lane in Sacramento (Larkspur Address), and mailing address in Elk Grove (Elk Grove Address) listed on other governmental forms, including on immigration documents and California Department of Motor Vehicles forms. COSTI's form reflected a preference for ballots in English and included a request to permanently receive a vote-by-mail ballot prior to every election.

4. The California Secretary of State voter registration form listed COSTI's place of birth as the Philippines. The voter registration form also contained a signature block with COSTI's signature at the bottom of the form. Above the signature were two separate attestations in which COSTI affirmed she was a U.S. Citizen and therefore eligible to vote in California. To the right above COSTI's signature were a series of eligibility checkboxes, the first reading "I am a U.S. Citizen." On

COSTI's form, that box was checked, indicating she claimed U.S. citizenship. To the left above COSTI's signature was another attestation beginning with: "Read, sign and date below: I am a U.S. citizen." These two citizen-status affirmations, along with COSTI's signed voter registration form, are shown below:



READ, SIGN AND DATE BELOW:

I am a U.S. citizen and a resident of California and at least 16 years old. I am not currently serving a state or federal prison term for the conviction of a felony. I am not currently found mentally incompetent to vote by a court. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information from this form is true and correct.

☑ I am a U.S. citizen.
☑ I am a California resident.
☑ I am at least 18 years old.
☑ I am not currently serving a state or federal prison term for the conviction of a felony.
☑ I am not currently judged by a court to be mentally incompetent.

Signature ▶ Registration Date ▶ 09/28/2021

5. Based on the information that COSTI provided in her voter registration form, including her false statement that she was a United States citizen, COSTI's application to register to vote was accepted, and she was successfully registered to vote in the State of California.

6. In May 2018, COSTI submitted paperwork for a driver's license with California Department of Motor Vehicles ("CaDMV"). For her proof of her identity, COSTI provided her United States Lawful Permanent resident card which indicated COSTI was born in the Philippines. The CaDMV application included a voter registration section labeled "FOR U.S. CITIZENS ONLY," which asked two questions: (1) "Are you a U.S. citizen?" and (2) "Are you eligible to vote?" On COSTI's form, both boxes were marked "No," indicating COSTI affirmed she was not a U.S. Citizen and not eligible to vote.

7. Certified "Voter Participation" records for COSTI from the Sacramento County Registrar of Voters (Sacramento RoV) show that COSTI completed and signed mail-in ballots for three elections: the November 8, 2022 midterm general election, the November 5, 2024 presidential general election, and the November 4, 2025 statewide special election. Only the first two elections constitute federal elections, and therefore only those two fall within the scope of 18 U.S.C. § 611.

a. Sacramento RoV records included scans of the ballot envelopes filled out by COSTI. For the November 8, 2022 midterm general election, the ballot envelope reveals COSTI's signature and handwritten name, address (Larkspur Address), and the date of October 16, 2022.

b. The scanned ballot envelope from the November 5, 2024 presidential general election again shows COSTI's signature, handwritten name, and the date of October 27, 2024. However, this ballot envelope lists a residential address on Pasadena Avenue in Sacramento (Pasadena Address) under COSTI's signature, as shown below.



Voter, sign and date in box below.
Votante, firme y escriba la fecha en la casilla a continuación.

065-0341

X

10/27/24

Sign / Firme

Date / Fecha

Print name / Imprimir nombre

Print your residence address / Escriba su domicilio

5139 Pasadena Sacramento

CA

If you are unable to sign, make your mark and have a witness sign below: / Si usted no puede firmar, haga una marca y haga que un testigo firme abajo:

Witness, sign here / Testigo, firme aquí

(916) 875-6451

www.elections.saccounty.gov

c. The scanned ballot envelope from the November 4, 2025 statewide special election shows COSTI's signature, handwritten name, and the date of November 4, 2025. Like the November 5, 2024 ballot envelope, this ballot envelope also lists the Pasadena Address under COSTI's signature.

8. COSTI's "Voter Detail" in Sacramento County, California is as follows:

Registration Status: Active
Registration Date: 09/28/2021
Registration Method: Online Via the SOS Website

9. Records indicate that COSTI submitted completed mail-in ballots for the 2022 and 2024 general elections, those ballots were counted, and each election included at least in part candidates for the office of President, Vice President, Member of the Senate, or Member of the House of

Representatives. At all times relevant to the complaint, COSTI lived in the Eastern District of California and was assigned a voting precinct in the Eastern District of California.

10. Records indicate that COSTI submitted a completed mail-in ballot for the 2025 statewide special election and that ballot was counted. At all times relevant to the complaint, COSTI lived in the Eastern District of California and was assigned a voting precinct in the Eastern District of California.

11. COSTI entered the United States on a K-1 Visa, Foreign Fiancé, in or about 2016. In 2019, COSTI sought adjustment to lawful permanent resident status based on her marriage to a United States citizen, filing a Form I-485 petition and related adjustment-of-status paperwork.

12. In or about 2024, COSTI applied for naturalization by filing a Form N-400, Application for Naturalization. That application is pending.

13. On September 24, 2026, COSTI was interviewed by officers with the United States Customs and Immigration Services ("USCIS") as part of her Form N-400 naturalization application. COSTI made a sworn statement in that interview and signed that statement. In the statement, COSTI attested to the same date of birth that appeared in the previously described documents and that she was born in the Philippines. COSTI denied ever claiming to be a United States citizen. COSTI stated on the form that she remembered completing a voter registration process. Notably, COSTI remarked, that she "[v]aguely remember[s] putting some information on it, my name and date of birth and current address." COSTI denied that the voter registration forms asked if she was a United States citizen. Finally, COSTI told USCIS officers that she had never voted in the United States.

14. On October 23, 2026, COSTI was interviewed by FBI Special Agents at the address listed on the October 27, 2024 and November 4, 2025 ballot envelopes—Address 2. COSTI told Agents she did not remember registering to vote in California. COSTI did, however, remember receiving ballots through the mail while living at Address 1 and Address 2. COSTI confirmed the signature, date, address, and handwritten name on the ballot envelopes were all written by her. COSTI also confirmed she filled out the ballots, placed them in the envelopes, and mailed them. As stated above, Secretary of State and Sacramento RoV records show these mail-in ballots were counted.

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 8, 2022, and on or about November 5, 2024, in the Eastern District of California and elsewhere, RIVAS GARCIA voted as an alien in the 2022 and 2024 federal general elections, in violation of Title 18, United States Code, Section 611(a).

16. I further request that the Court order that all papers in support of this application, including the application, this affidavit, and the clerk of court's docket sheet, be sealed until further order of the Court. These documents pertain to an ongoing criminal investigation that is not public, and the defendant has not yet been arrested in connection with this matter. Accordingly, I believe there is reason to seal these documents because their premature disclosure may seriously jeopardize the investigation or cause the defendant to flee prosecution or destroy evidence.

/s/
______________________________
Laura Giouzelis, Special Agent
Federal Bureau of Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) on October 29, 2026.

Carolyn K. Delaney
______________________________
HONORABLE CAROLYN K. DELANEY
UNITED STATES CHIEF MAGISTRATE JUDGE

Approved as to form:
*/s/ Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**United States v. MERYLL JOY QUIRONG COSTI**
**Penalties for Criminal Complaint**

**COUNT 1 and 2:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25 each count